# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

| | |
|---|---|
| SHEQUETHA MCKENZIE ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No: |
| ) | |
| WALGREEN Co., INC. ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF REMOVAL

COMES NOW the Defendant, Walgreen Co., a corporation, incorrectly designated in the Complaint as Walgreen Co., Inc. as the only named defendant in this action, and pursuant to 28 U.S.C. § 1441(a) files this Notice of Removal and hereby removes this action to this Court from the Circuit Court of Pike County, Alabama. In support of this Notice of Removal, Defendant Walgreen Co., a corporation, states as follows:

1. This is a civil action filed in the Circuit Court of Pike County whereby the Plaintiff claims that the Defendant was guilty of negligence, wantonness, and negligence per se by improper design, or maintenance of a concrete pad or area designated for handicap parking. Plaintiff claims compensatory damages and punitive damages.

2. This action was commenced by the Plaintiff filing her Complaint in

the Circuit Court of Pike County on or about November 10, 2021. While the Complaint made no specific demand for a monetary judgment no such claim for a monetary amount was made until June 28, 2022. Walgreen Co., a corporation (incorrectly designated in the Complaint as Walgreens Co., Inc.) is the only Defendant to this action and they answered the Plaintiff's Complaint and made a jury demand on December 9, 2021. A true and correct copy of the original Complaint and all other processed pleadings are attached hereto and marked as Exhibit A.

3. While this action was previously served upon the Defendant on November 30, 2021, and this Defendant previously answered on December 9, 2021, this case did become removable until a monetary demand made in an amount in excess of $75,000 exclusive of interest and cost was made on June 28, 2022. A copy of pertinent part of the correspondence from the Plaintiff's attorney making this settlement demand is attached here to as Exhibit B.

4. This action is removable under 28 U.S.C. § 1441(a) because it is a civil action over which this Court has original diversity jurisdiction under the provisions of 28 U.S.C. § 1332.

5. There exists complete diversity of citizenship between the Plaintiff and the only Defendant. The Plaintiff is a resident citizen of Pike County, Alabama. The Defendant, Walgreen Co. is a resident citizen of a state other than

the State of Alabama. It is incorporated in the State of Delaware with its principal place of business located in State of Illinois and as such is a citizen of a state other than the state of the Plaintiff's citizenship and the state where the action is pending.

6.   While the Complaint, as originally filed, did not state a specific amount of damages, Plaintiff did claim in the original Complaint both compensatory damages and punitive damages. Effective June 28, 2022, the Plaintiff made a settlement demand upon the Defendant Walgreen Co. in the amount of $126,000 for compensatory and punitive damages.

7.   Defendant Walgreen Co., a corporation, denies that it was guilty of any of negligence, wantonness, or negligence per se which would entitle the Plaintiff to recover an award of any damages, but it is evident that if Plaintiff does prevail on her claim in this case that the recovery reasonably may exceed the required jurisdictional amount of $75,000.

8.   This Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b) in that it this Notice of Removal is being filed within thirty (30) days after the Defendant's receipt of Plaintiff's settlement demand making the amount in controversy an amount in excess of $75,000 exclusive of interest and costs.

9.   Written notice of filing of this Notice of Removal is being sent to the Plaintiff's attorney, being the only adverse party. A Notice of Notice of Removal is being filed with the Clerk of the Circuit Court of Pike County, Alabama as

provided by 28 U.S.C. § 1446(d).

10. The undersigned has read this Notice of Removal and to the best of the undersigned's knowledge, information, and belief, formed after a reasonable inquiry, the undersigned represents that this Notice of Removal is well grounded in fact as well as warranted by existing law. The undersigned certifies that this Notice of Removal is not being interposed for any improper purposes such as to cause unnecessary delay, or a needless increase in the cost of litigation.

Done this the 7th day of July 2022.

/s/ Jay Clark
John W. Clark, Jr.
ASB-2581-c61j

Bradley J. Smith
ASB-6847-b52s

Clark, Hair & Smith, P.C.
100 Urban Center Drive, Suite 125
Birmingham, Alabama 35242
205-397-2900
205-397-2901 – Fax
Email: jclark@chslaw.com
Email: bsmith@chslaw.com

*Attorneys for Defendant Walgreen Co.*

**DEFENDANT DEMANDS TRIAL BY JURY OF ALL ISSUES HEREIN**

CERTIFICATE OF SERVICE

I hereby certify that on this the 7th day of July, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing; and I hereby certify that any non e-filing participants to whom the foregoing is due will have a copy of same placed in the United States mail, first class postage prepaid and properly addressed this same day.

    Anthony B. Bush
    The Bush Law Firm, LLC
    3198 Parliament Circle 302
    Montgomery, AL 36116
    334-263-7733
    E:    abusht@bushlegalfirm.com
          anthonybbush@yahoo.com

    Aaron Gartlan
    Gartlan Injury Law, LLC
    405 South Foster Street
    Dothan, AL  36301
    334-699-4625
    E:    aaron@gartlaninjury.com

/s/ Jay Clark
Of Counsel